# United States Court of Appeals
## For the First Circuit

---

No. 99-1972

CHARLES C. DELANEY III,

Petitioner, Appellant,

v.

JAMES MATESANZ ET AL.,

Respondents, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on September 5, 2001 is corrected as follows:

Cover sheet, first attorney line, change to read: <u>Elizabeth L. Prevett</u>, Federal Defender Office, with whom <u>Owen S. Walker</u>, Federal Defender, and <u>Charles C. Delaney III</u>, . . .